UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| National Credit Union Administration Board Acting in its Capacity as Liquidating Agent for the Hmong American Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>True Yang Vangh and Nkajlo Vangh,<br><br>Defendants. | Case No._____<br><br>**MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Plaintiff, National Credit Union Administration Board, Acting in its Capacity as Liquidating Agent of the Hmong American Federal Credit Union, by and through its counsel, Quinlivan & Hughes, P.A., Kenneth H. Bayliss and Julie L. Fisk, moves the Court for an <u>ex parte</u> temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure that: 1) enjoins Defendants True Yang Vangh and Nkajlo Vangh and all other persons acting in concert or participating with them, from disposing of, transferring or encumbering their assets in any way; and 2) orders Defendants True Yang Vangh and Nakjlo Vangh to show cause why a preliminary injunction should not issue.

Plaintiff bases its Motion on Plaintiff's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Order to Show Cause Why A

1

Preliminary Injunction Should Not Issue, the declarations, and the exhibits submitted in support thereof, the arguments of counsel, and all other evidence before the Court. Pursuant to Rule of Federal Civil Procedure 65(b)(1), this motion is being made without notice to the opposing party for the reasons stated in the affidavit of counsel Kenneth H. Bayliss and based on the supporting affidavits of Jennifer Davis, Max Peeples, and Stephen Lillie.

QUINLIVAN & HUGHES, P.A.

Dated: 10-15-15

*/s/ Kenneth H. Bayliss*
Kenneth H. Bayliss #0157569
Julie L. Fisk #0319478
National Credit Union Administration
Board, Acting In its capacity as
Liquidating Agent of the Hmong
American Federal Credit Union
P.O. Box 1008
St. Cloud, MN 56302-1008
(320) 251-1414
(320) 251-1415 (Fax)