UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| National Credit Union Administration Board, Acting in its Capacity as Liquidating Agent for the Hmong American Federal Credit Union,<br><br>Plaintiff,<br><br>v.<br><br>True Yang Vangh and Nkajlo Vangh,<br><br>Defendants. | Case No. 15-cv-3871 (WMW/KMM)<br><br>**ORDER AUTHORIZING RELEASE OF FUNDS** |

---

This matter is before the Court on the parties' Stipulation for an Order Authorizing Release of Funds. (Dkt. 69.) Based on the parties' Stipulation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Pursuant to the Court's Order issued on November 3, 2015, (Dkt. 36), which granted a preliminary injunction restraining Defendants True Yang Vangh and Nkajlo Vangh from transferring, dissipating or disposing of assets except for reasonable and ordinary personal living expenses, reasonable and ordinary business expenses and reasonable attorneys' fees unless specifically authorized by an order of this Court, Defendants are permitted to make a one-time, lump sum payment of $100,000 to Plaintiff National Credit Union Administration Board.

2. The November 3, 2015 Order, (Dkt. 36), shall remain in effect in all other respects.

Dated: September 7, 2017                                              s/Wilhelmina M. Wright
                                                                                        Wilhelmina M. Wright
                                                                                        United States District Judge